IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BRAZIL                                                             PLAINTIFF

v.                       CASE NO. 5:16-CV-00264 BSM

ARKANSAS DEPARTMENT OF HUMAN SERVICES                DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of June 2018.

_____
UNITED STATES DISTRICT JUDGE